# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

ALDERWOODS MISSISSIPPI, INC. d/b/a
O.C. BARHAM FUNERAL HOME                                           PLAINTIFF

V.                                              CIVIL ACTION NO. 4:08cv37HTW-LRA

ROBERT BARHAM FAMILY FUNERAL
HOME, LLC                                                          DEFENDANT

## ORDER

The above styled and numbered cause is hereby transferred to the Honorable Judge William H. Barbour for all purposes and proceedings.

**SO ORDERED** this the 8th day of December, 2008.

                          **s/ HENRY T. WINGATE**

                          **CHIEF UNITED STATES DISTRICT JUDGE**