# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**ALDERWOODS MISSISSIPPI, INC. d/b/a**
**O. C. BARHAM FUNERAL HOME**                        **PLAINTIFF**

**VS.**                            **CIVIL ACTION NO. 4:08cv37-WHB-LRA**

**ROBERT FAMILY FUNERAL**
**HOME, LLC**                                 **DEFENDANT**

## AGREED ORDER OF DISMISSAL

This cause coming on to be heard on the Joint Motion of the Plaintiff and the Defendant, and the parties having advised the Court that they have resolved their differences and wish to have the claims and counterclaims dismissed.

IT IS THEREFORE ORDERED, that this action is dismissed and the claims and counterclaims asserted in this action are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO ORDERED, this 19th day of June, 2009.

                                                   s/William H. Barbour, Jr.
                                                      UNITED STATES DISTRICT JUDGE

**AGREED:**

| s/Mason E. Lowe | s/ M. Scott Jones |
|---|---|
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| W. WAYNE DRINKWATER | WILLIAM C. BRABEC |
| J. WILL MANUEL | M. SCOTT JONES |
| MASON E. LOWE | ADAMS AND REESE LLP |
| BRADLEY ARANT BOULT CUMMINGS | 111 East Capitol Street, Suite 350 |
| 188 East Capitol Street, Suite 400 | Jackson, MS 39201 |
| Jackson, MS 39215-1789 | (601) 353-3234 |
| (601) 948-8000 | |